2nd Complaint
Not An Amended
Complaint!

(1 of 7)

FILED
TIME _____
NOV -7 2022
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

In United States District Courts
For Southern District of Ohio
(Eastern Division)

James Williams, IV
2295 Greenway Blvd,
Xenia, Ohio 45385,
Plaintiff,

-Vs-

(1) Richard Moyer, Prosecutor,
For Clinton Co. Prosecutors
Office, 103 E. Main Street,
Wilmington, Ohio 45177,
Defendant,

And

(2) Clinton Co. Prosecutors
Office, 103 E. Main Street,
Wilmington, Ohio 45177,
Defendant,

And

(3) Brett Rudduck, City of
Wilmington Law Director
69 N. South Street, P.O. Box 71,
Wilmington, Ohio 45177,
Defendant,

And

Case No. 2:22 CV 3933
Judge: JUDGE MARBLEY
Magistrate Judge
Chelsey M. Vascura

Civil Complaint
With Jury Demand
Endorsed Herein.

Claims; Negligence &
Intentional Infliction
of Emotional Distress,
Gross Negligence.

# Inmate Request Form

(One Request per Form)

Inmate Name: _____   Housing Assignment: _____

Date/Time: _____   Bed Number: _____

Please Contact the Following: ❑ Attorney   ❑ Probation Officer   ❑ Case Worker

Name: _____   Phone Number: _____

Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❑ GED Class   ❑ Inmate Worker   ❑ Switch Jobs
Experience In: ❑Block Layer ❑Roofer ❑Painter ❑Carpenter ❑Laundry ❑Food Service ❑Janitorial ❑Floor Worker
Special Skills: _____
Are you sentenced ❑ Yes ❑ No   ❑ Felony   ❑ Misdemeanor   Out Date _____
Bond _____   Detainers ❑ Yes ❑No   Comments _____

*Continue on Reverse if Necessary*

❑ I Would Like to Request a Grievance
  Reason for Grievance: _____
  _____
  _____

Supervisor Signature: _____   Date/Time: _____

❑ Other Request(s): _____
  _____
  _____
  _____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____   Date/Time: _____

Actions Taken by Staff: ❑ Email Sent   ❑ Message Left   ❑ Spoke With:
_____
_____
_____

Completed By: _____   Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____   Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(4) City of Wilmington
69 N. South Street, P.O. Box 71,
Wilmington, Ohio, 45177,
   Defendant,

And

(5) Clinton County Mayor
"John Stanforth" of
69 N. South Street, P.O. Box 71,
Wilmington, Ohio, 45177,
   Defendant,

And

(6) Clinton County Mayor's Office
69 N. South St., P.O. Box 71,
Wilmington, Ohio, 45177,
   Defendant,

And

(7) Cheif of Police
Wilmington Police Dept.
69 North South St., P.O. Box 71,
Wilmington, Ohio, 45177,
   Defendant,

And

(8) Wilmington Police Dept.
69 N. South St., P.O. Box 71,
Wilmington, Ohio 45177,
   Defendant,

And

# Inmate Request Form

(One Request per Form)

Inmate Name: _____   Housing Assignment: _____

Date/Time: _____   Bed Number: _____

Please Contact the Following:  ❑ Attorney   ❑ Probation Officer   ❑ Case Worker

Name: _____   Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❑ GED Class   ❑ Inmate Worker   ❑ Switch Jobs
Experience In: ❑Block Layer ❑Roofer ❑Painter ❑Carpenter ❑Laundry ❑Food Service ❑Janitorial ❑Floor Worker
Special Skills: _____
Are you sentenced ❑ Yes ❑ No   ❑ Felony   ❑ Misdemeanor   Out Date _____
Bond _____   Detainers ❑ Yes ❑ No   Comments _____

*Continue on Reverse if Necessary*

❑ I Would Like to Request a Grievance
  Reason for Grievance: _____
  _____
  _____

Supervisor Signature: _____   Date/Time: _____

❑ Other Request(s): _____
_____
_____
_____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____   Date/Time: _____

Actions Taken by Staff:  ❑ Email Sent   ❑ Message Left   ❑ Spoke With
_____
_____

Completed By: _____   Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____   Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(9.) David Henry, Prosecutor
For Clinton Co. Municipal
Courts/Clinton Co. Prosecutor's
Office, 103 E. Main Street,
Wilmington, Ohio 45177,
  Defendant,

And

(10.) Clinton Co. Commissioner's Office
46 S. South Street
Wilmington, Ohio, 45177,
  Defendant,

And

(11.) Judge Michael T. Daughtery
Clinton Co. Municipal Courts
69 N. South Street, P.O. Box 71,
Wilmington, Ohio, 45177,
  Defendant,

And

(12.) Magistrate Judge
Lauren Razick
Clinton Co. Municipal Courts
69 N. South St., P.O. Box 71,
Wilmington, Ohio 45177,
  Defendant,

And

(13.) Clinton Co. Municipal Courts
69 N. South St., P.O. Box 71,
Wilmington, Ohio, 45177, et al.,
  Defendants

(14.) Clinton Co., OSHP
850 Rombach Avenue
Wilmington, Ohio
45177

# Inmate Request Form

(One Request per Form)

Inmate Name: _____     Housing Assignment: _____

Date/Time: _____      Bed Number: _____

Please Contact the Following:  ❑ Attorney   ❑ Probation Officer   ❑ Case Worker

Name: _____     Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:  ❑ GED Class   ❑ Inmate Worker   ❑ Switch Jobs
Experience In: ❑Block Layer ❑Roofer ❑Painter ❑Carpenter ❑Laundry ❑Food Service ❑Janitorial ❑Floor Worker
Special Skills: _____
Are you sentenced ❑ Yes ❑ No   ❑ Felony   ❑ Misdemeanor   Out Date _____
Bond _____   Detainers ❑ Yes ❑ No   Comments _____

*Continue on Reverse if Necessary*

❑ I Would Like to Request a Grievance
   Reason for Grievance: _____
   _____
   _____

Supervisor Signature: _____     Date/Time: _____

❑ Other Request(s): _____
_____
_____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____     Date/Time: _____

Actions Taken by Staff:  ❑ Email Sent   ❑ Message Left   ❑ Spoke With
_____
_____

Completed By: _____     Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____     Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(First Claim For Relief)

(1) Between 2021-2022, Plaintiff reported to "all" named, Defendants, entities, officer's & departments, individually, separately, or jointly of his safety, security & well-being concerns with regards to Wilmington Police Dept. forcing him off of OSHP premises, forcing him off of Wilmington Police Stations/Municipal Courts Property on December 24, 2021, forcing him off of Clinton County Prosecutor's Office Premises over & over again advising him he was/is trespassed from said premises, forcing him off of Clinton Co. Mayor's Office Property/Premises on December 24, 2021 and of/about Wilmington Police Dept. discriminating against him, harassing him & so so much more, life threatening safety concerns in addition to how his "Right to Due Process of Law & Right to Represent Himself" were all stripped away from him by not just Wilmington Police Dept. but also by Clinton Co. OSHP & Clinton Co. Prosecutor's Office & Law Director Brett Rudduck, Richard Mayor, & David Henry. Plaintiff reported "all" of this by

# Inmate Request Form

(One Request per Form)

Inmate Name: _____  Housing Assignment: _____

Date/Time: _____  Bed Number: _____

Please Contact the Following: ❏ Attorney  ❏ Probation Officer  ❏ Case Worker

Name: _____  Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In: ❏ GED Class  ❏ Inmate Worker  ❏ Switch Jobs
Experience In: ❏Block Layer ❏Roofer ❏Painter ❏Carpenter ❏Laundry ❏Food Service ❏Janitorial ❏Floor Worker
Special Skills: _____
Are you sentenced ❏ Yes ❏ No  ❏ Felony  ❏ Misdemeanor  Out Date_____
Bond _____ Detainers ❏ Yes ❏No  Comments _____

*Continue on Reverse if Necessary*

❏ I Would Like to Request a Grievance
  Reason for Grievance: _____
  _____
  _____

Supervisor Signature: _____  Date/Time: _____

❏ Other Request(s): _____
  _____
  _____
  _____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____  Date/Time: _____

Actions Taken by Staff: ❏ Email Sent  ❏ Message Left  ❏ Spoke With:
_____
_____
_____

Completed By: _____  Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature:_____ Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(5 of 7) phone voicemails, email messages, facebook postings onto Police Dept/Mayor's Facebook Pages, messenger messages, and onto Clinton Co. Municipal Court/Judge Daughtery/Brett Rudduck's Facebook Page & Brett Rudduck's Daughter's Facebook Page. Additionally, the Plaintiff hand delivered correspondences & received receipts for such from Wilmington Police Dept, for Clinton Co. Mayor John Stanforth. Lastly, Plaintiff mailed correspondences & motions to Clinton Co. Mayor & Clinton Co. Municipal Courts identifying these concerns. "No Defendants Listed Herein Have Ever Responded To Any Of The Above Leaving Plaintiff Left Out To The Wolves To Be Further Attacked, Tormented & Tortured."

(21) As a direct & proximate result of "all" the above ~~other~~ as described in paragraph #1 above, and as "all" described in "all" other civil complaints pending before this Honorable Court against some or "all" of these same Defendants' herein, Plaintiff submits that "all" named Defendants' herein acted negligently, with gross negligence &

# Inmate Request Form

(One Request per Form)

Inmate Name: _____  Housing Assignment: _____

Date/Time: _____  Bed Number: _____

---

Please Contact the Following: ❏ Attorney  ❏ Probation Officer  ❏ Case Worker

Name: _____  Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:  ❏ GED Class  ❏ Inmate Worker  ❏ Switch Jobs
Experience In: ❏ Block Layer ❏ Roofer ❏ Painter ❏ Carpenter ❏ Laundry ❏ Food Service ❏ Janitorial ❏ Floor Worker
Special Skills: _____
Are you sentenced ❏ Yes ❏ No  ❏ Felony  ❏ Misdemeanor  Out Date _____
Bond _____  Detainers ❏ Yes ❏ No  Comments _____

*Continue on Reverse if Necessary*

❏ I Would Like to Request a Grievance
    Reason for Grievance: _____
    _____
    _____

Supervisor Signature: _____  Date/Time: _____

---

❏ Other Request(s): _____
_____
_____
_____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____  Date/Time: _____

Actions Taken by Staff: ❏ Email Sent  ❏ Message Left  ❏ Spoke With:
_____
_____
_____

Completed By: _____  Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____  Date/Time: _____

GCSQ Jail Division Form 201 Rev 3 23 April 2014

by being so negligent, intentionally, willfully, wantfully, knowingly, recklessly, carelessly, & with malice they also caused "Intentional Infliction of Emotional Distress" upon Plaintiff, therefore, said Defendants' have caused Plaintiff to sustain mental anguish-distress, mental injury, torture, torement, loss of earnings ability, loss of income/wages, loss of Right to Due Process of Law, loss of Right to Represent himself, loss of enjoyment of life & whatever else a Jury later determines.

### (Prayer For Relief)

Wherefore, Plaintiff prays he is granted Judgment in his favor & against "all" named Defendants' individually, separately & jointly, in excess of $5,000,000.00 for compensatory damages, punitive damages, attorney fees/costs (compensatory), court costs/fees, loss of income, loss of enjoyment of life, loss of earnings ability, mental injury, mental anguish-distress, past/present/future expected medical or mental health costs/fees and any/all other losses, damages or injuries later determined by a Jury for good cause shown.

Respectfully submitted,
James Williams, IV
(Counsel For Plaintiff)

# Inmate Request Form
(One Request per Form)

Inmate Name: _____    Housing Assignment: _____

Date/Time: _____    Bed Number: _____

Please Contact the Following:  ❏ Attorney   ❏ Probation Officer   ❏ Case Worker

Name: _____    Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:  ❏ GED Class   ❏ Inmate Worker   ❏ Switch Jobs
Experience In: ❏Block Layer ❏Roofer ❏Painter ❏Carpenter ❏Laundry ❏Food Service ❏Janitorial ❏Floor Worker
Special Skills: _____
Are you sentenced ❏ Yes ❏ No   ❏ Felony   ❏ Misdemeanor   Out Date _____
Bond _____    Detainers ❏ Yes ❏No   Comments _____

*Continue on Reverse if Necessary*

❏ I Would Like to Request a Grievance
Reason for Grievance: _____
_____
_____

Supervisor Signature: _____    Date/Time: _____

❏ Other Request(s): _____
_____
_____
_____

* This Section to be completed by Staff Members ONLY *
Receiving Staff: _____    Date/Time: _____

Actions Taken by Staff: ❏ Email Sent   ❏ Message Left   ❏ Spoke With:
_____
_____
_____

Completed By: _____    Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____    Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(Certificate of Service)

Undersigned certifies a true & accurate copy of the foregoing has been served upon "all" named Defendants, at their addresses as outlined on face of complaint herein, by regular US Mail, postage prepaid, this 27th day of October, 2022.

Respectfully Submitted,
James W. D. Williams, IV
James W. D. Williams, IV
(Counsel For Plaintiff)
2295 Greenway Blvd.
Xenia, Ohio 45385

For Purposes of Filing Fee:

ATTN: Clerk of Courts

Please file the exact same "Application To Proceed In Forma Pauperis" & "Certificate of Trust Fund Acct." as filed in Williams -vs- Hayes, et al., Case #1:22-cv-03383 to waive filing fees/costs and to prevent any/all deficiencies herein. Thanks Alot!

Respectfully Submitted,
James W. D. Williams, IV
(Counsel For Plaintiff)

# Inmate Request Form

(One Request per Form)

Inmate Name: _____    Housing Assignment: _____

Date/Time: _____    Bed Number: _____

Please Contact the Following:  ❑ Attorney   ❑ Probation Officer   ❑ Case Worker

Name: _____    Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❑ GED Class   ❑ Inmate Worker   ❑ Switch Jobs
Experience In: ❑Block Layer ❑Roofer ❑Painter ❑Carpenter ❑Laundry ❑Food Service ❑Janitorial ❑Floor Worker
Special Skills: _____
Are you sentenced ❑ Yes ❑ No  ❑ Felony  ❑ Misdemeanor  Out Date _____
Bond _____  Detainers ❑ Yes ❑ No  Comments _____

*Continue on Reverse if Necessary*
❑ I Would Like to Request a Grievance
  Reason for Grievance: _____
  _____
  _____

Supervisor Signature: _____    Date/Time: _____

❑ Other Request(s): _____
  _____
  _____
  _____

* This Section to be completed by Staff Members ONLY *
Receiving Staff: _____    Date/Time: _____

Actions Taken by Staff: ❑ Email Sent  ❑ Message Left  ❑ Spoke With
  _____
  _____

Completed By: _____    Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____    Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(1 of 1)

United States District Courts
For Southern District of Ohio
(Eastern Division)

FILED
NOV -7 2022
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

James Williams, IV,
Plaintiff,

-vs-

Richard Moyer, et al.
(Defendants #2-#14),
Defendants,

Case No.: 2:22 CV 3933
Judge: JUDGE MARBLEY
Magistrate Judge
Chelsey M. Vascura

"PRECIPE"

ATTN: Clerk of Courts

Please file exact same "Application To Proceed In Forma Pauperis" & "Certificate of Inmate Trust Acct" as filed in Williams -vs- Hayes et al. Case #1:22-CV-03383 herein for purposes of waiving filing fees/costs.

Please serve "all" Defendants individually & separately at the addresses indicated at face of complaint numbered #2-#14 Defendants by "Personal service" by means of "US Marshal's Office."

Thank You!

Respectfully submitted,
James W.O. Williams, IV
James W.O. Williams, IV
(Counsel for Plaintiff)
2295 Greenway Blvd.
Xenia, Ohio 45385

# Inmate Request Form

(One Request per Form)

Inmate Name: _____  Housing Assignment: _____

Date/Time: _____  Bed Number: _____

---

Please Contact the Following:  ❏ Attorney   ❏ Probation Officer   ❏ Case Worker

Name: _____  Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❏ GED Class   ❏ Inmate Worker   ❏ Switch Jobs
Experience In: ❏Block Layer ❏Roofer ❏Painter ❏Carpenter ❏Laundry ❏Food Service ❏Janitorial ❏Floor Worker
Special Skills: _____
Are you sentenced ❏ Yes ❏ No   ❏ Felony   ❏ Misdemeanor   Out Date _____
Bond _____   Detainers ❏ Yes ❏ No   Comments _____

*Continue on Reverse if Necessary*

❏ I Would Like to Request a Grievance
  Reason for Grievance: _____
  _____
  _____

Supervisor Signature: _____   Date/Time: _____

---

❏ Other Request(s): _____
  _____
  _____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____   Date/Time: _____

Actions Taken by Staff: ❏ Email Sent   ❏ Message Left   ❏ Spoke With:
_____
_____  5:55 CA 2 0 2 2

Completed By: _____   Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____   Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014